UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-01674 |
| | ) | |
| MIDWEST RECOVERY SYSTEMS, LLC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Brett B. Caban and AEGIS Law and hereby enter their appearance on behalf of the Defendants, Midwest Recovery Systems, LLC and Brandon M. Tumber.

Respectfully Submitted,
AEGIS Law


By:      /s/ Brett B. Caban
Brett B. Caban          Mo. Bar No. 59022
601 South Lindbergh Blvd., Second Floor
St. Louis, Missouri 63131
Telephone:  (314) 454-9100
Facsimile:  (314) 454-9110
E-mail:  bcaban@aegislaw.com
**Attorneys for Defendants, Midwest Recovery Systems, LLC and Brandon M. Tumber**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **Entry of Appearance** was served via ECF/CM on this 16th day of December 2020 to:

Daniel Dwyer
Christopher Leach
Katherine White
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
ddwyer@ftc.gov
cleach@ftc.gov
kwhite@ftc.gov

                                      /s/ Brett B. Caban